**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**UNDER SEAL, Defendant–Appellant.**

No. 01–6565.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

Under Seal, pro se. Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, MD, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Appellant appeals from the district court's order denying his request for a copy of the district court's sealed docket sheet. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Under Seal,* No. CR–97–193 (D. Md. filed Feb. 28, 2001; entered Mar. 1, 2001). We deny the Appellant's motion for release of sealed documents and dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*